# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date:  July 31, 2014 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Mary George |

Criminal Action No.: 14-cr-00110-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Dondi Osborne (via video) |
| Plaintiff, | |
| v. | |
| STEPHEN PAUL REDWOOD, | David S. Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**3:41 p.m.     Court in session.**

Court calls case.  Appearances of Counsel.  The Government appears via video conference from Durango.  Defendant present on bond.

Preliminary remarks by the Court.

Argument heard on Doc. Nos. 25 and 26.

3:43 p.m.     Witness, Walter Vanni, called and sworn.
              Direct examination begins by Ms. Osborne.

4:13 p.m.     Cross examination by Mr. Osborne.

Comments and rulings by the Court.

**ORDERED:  Doc. Nos. 25 and 26 are DENIED, as specified.**

**ORDERED:  Bond is CONTINUED.**

**4:36 p.m.     Court in recess.**
Hearing concluded.
Time in court: 55 minutes.