**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   October 17, 2014 | Deputy Clerk: Bernique Abiakam
Court Reporter: Mary George
Probation Officer: Walter Vanni |

Criminal Action No.: 14-cr-00110-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Todd P. Norvell (via video) |
| Plaintiff, | |
| v. | |
| STEPHEN PAUL REDWOOD, | David S. Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**4:01 p.m.       Court in session.**

Court calls case.  Appearances of Counsel.  The Government appears via video conference from Durango.  Defendant present on bond.

Preliminary remarks by the Court.

Argument heard on Doc. No. 33.

4:03 p.m.       Argument by Mr. Norvell by "Offer of Proof".

Offer of Proof ACCEPTED.

4:07 p.m.       Argument by Mr. Kaplan.

4:19 p.m.       Rebuttal argument by Mr. Norvell.

4:21 p.m.       Comments and ruling by the Court.

**ORDERED:      Doc. No. 33 (Filed 10/7/14) is GRANTED.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:21 p.m.       Court in recess.**
Hearing concluded.
Time in court: 20 minutes.