# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Andrea Bell

Date:  November 16, 2015

Criminal Action No.: 14-cr-00110-JLK

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Todd P. Norvell

    Plaintiff,

v.

STEPHEN PAUL REDWOOD,

Peter K. Hedeen

    Defendant.

## SENTENCING MINUTES

**10:33 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Also present, Andrew Sterns, FBI.  Defendant present in custody.

**Change of Plea Hearing:  January 7, 2015**

**Defendant plead guilty to Count One of the Information.**

Parties received and reviewed the presentence report.

Preliminary remarks by the Court.

Discussion regarding witnesses.

10:52 a.m.    Statement by Jean Ernst.

10:59 a.m.    Defendant's witness, Richard S. Stockwell, Jr., called and sworn.  Direct examination begins by Mr. Hedeen.

*14-cr-00110-JLK*
*Sentencing*
*November 16, 2015*

11:12 p.m.     Cross examination by Mr. Norvell.

Witness excused.

11:17 a.m.     Statement by Virginia Sutherland.

11:30 a.m.     Statement by Bill Redwood.

11:45 a.m.     Statement by Mr. Norvell (Government counsel).

12:01 p.m.     Statement by Mr. Hedeen (Defense counsel).

12:31 p.m.     Statement by Mr. Redwood (Defendant).

**12:34 p.m.     Court in recess.**

**12:53 p.m.     Court in session.**

Comments and rulings by the Court.

**ORDERED:   Motion For Non-Guideline Sentence (Filed 11/15/15; Doc. No. 85) is GRANTED, as specified.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **60 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **10 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the Probation Office in the district to which the Defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised

|     |     |
| --- | --- |
|     | release and at least two periodic drug tests thereafter for use of a controlled substance. |
| (X) | Defendant shall cooperate in the collection of DNA as directed by the Probation Officer. |
| (X) | Defendant is subject to the Adam Walsh act and he shall comply with the requirements of the sex offender registration and notification act, Title 42 United States Code Section 16911, as directed by the Probation Officer, Bureau of Prisons or any state sex offender registration agency in which he resides, works, or is a student or is convicted of a qualifying offense. |
| (X) | If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment. |

**Special conditions of supervised release:**

|     |     |
| --- | --- |
| (X) | Defendant shall not associate with any child or children under the age of 18 except in the presence and supervision of an adult specifically designated in writing by the Probation Officer.  The Probation Officer will notify the designated adult of risks occasioned by the Defendant's criminal record or personal history or characteristics.  The Defendant shall permit the Probation Officer to make such notifications as a condition of supervised release. |
| (X) | Defendant shall have no contact with any victim, including correspondence, telephone contact, or communication through a third-party except under circumstances approved in advance and in writing by the Probation Officer.  Victims include all of those that were in the cache of pornographic films and pornographic literature possessed or seen by the Defendant. |
| (X) | Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the Probation Officer until such time as the Defendant is released from the program by the Probation Officer. |
| (X) | Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the Probation Officer. |
| (X) | Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the Probation Officer.  Defendant shall pay the cost of the treatment as directed by the Probation Officer. |
| (X) | The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of |

*14-cr-00110-JLK*
*Sentencing*
*November 16, 2015*

|     |     |
| --- | --- |
|     | treatment. |
| (X) | Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. |
| (X) | Defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising Probation Officer to ensure that a therapeutic level of his prescribed medications is maintained. |
| (X) | Defendant shall participate in an approved program of Sex Offender Evaluation and Treatment which may include a polygraph and tests on visual reaction time, as directed by the Probation Officer.  The Defendant will be required to pay the cost of such evaluations or treatments as directed by the Probation Officer.  The Defendant shall comply with the treatment program's rule as specified by the treatment agency. |
| (X) | The Defendant's use of computers and internet access devices shall be limited to those the Defendant requests to use and which the Probation Officer authorizes. |
| (X) | Defendant shall submit his person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices media, and effects to search at any time, with or without a warrant, by any law enforcement or Probation Officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any Probation Officer in the lawful discharge of the officer's supervision functions. |
| (X) | Defendant shall allow the Probation Officer to install software or hardware designed to monitor computer on any computer the defendant is authorized by the Probation Officer to use, the software may record any and all activity on the computer, including the capture of key strokes, application information, Internet use history, e-mail correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer. The Defendant that will not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software and hardware. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

The Defendant shall make restitution to the victims in the amounts indicated in the presentence report, specifically:

$3,000 for the benefit of Vicki,  and $3,000 for the benefit of Angela.

*14-cr-00110-JLK*
*Sentencing*
*November 16, 2015*

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:19 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 2 hours, 27 minutes